COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  In re ExxonMobil Oil Corporation

Appellate case number:  01-22-00088-CV

Trial court case number: 2021-83044

Trial court:      113th District Court of Harris County

On February 8, 2022, relator, ExxonMobil Oil Corporation, filed a petition for a writ of mandamus. In its mandamus petition, relator argues that the trial court abused its discretion by failing to enter a temporary restraining order to preserve the status quo pending a hearing on its request for a temporary injunction.

In connection with its mandamus petition, relator also filed a "Verified Motion for Emergency Relief," seeking "temporary relief in the form of a stay order." Relator's motion sought a stay of the closing of a transaction for the purchase of several properties between real parties in interest Landmark Industries, Landmark Industries Energy, Landmark Petroleum, and Landmark Industries (collectively "Landmark"), on the one hand, and Shell Retail and Convenience Operations on the other. On February 9, 2022, the Court granted relator's emergency motion, staying the closing of the transaction between Landmark and Shell.

On February 17, 2022, Landmark and Shell jointly filed an "Emergency Verified Motion of Real Parties in Interest to Dissolve the February 9, 2022 Stay Order or, in the Alternative, Require Relator to Post Bond."

We request a response to Landmark and Shell's motion to dissolve the Court's February 9, 2022. **The response is due to be filed with this Court no later than 9:00 a.m. on Tuesday, February 22, 2022**.

It is so ORDERED.

Judge's signature: __/s/ Sherry Radack_____
                                Acting for the Court

Panel consists of:  Chief Justice Radack and Justices Countiss and Farris.

Date:  February 18, 2022